UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CAUSE NO. 3:09-CR-14(01) RM |
| ZHI JIAN JIANG, a/k/a JOHN JIANG | ) |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 20, 2010 [Doc. No. 63]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Zhi Jian Jiang's plea of guilty, and FINDS the defendant guilty of Counts 1 and 6 of the Indictment, in violation of 8 U.S.C. §1324(a)(1)(A)(iii) and 18 U.S.C. §1341.

SO ORDERED.

ENTERED:  May 11, 2010

/s/ Robert L. Miller, Jr.
Judge
United States District Court